The People of the State of New York, Respondent, 
against
Victor Garcia Gonzalez, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Phyllis Chu, J.), rendered July 27, 2017, convicting him, upon his plea of guilty, of aggravated unlicensed operation of a motor vehicle in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Phyllis Chu, J.), rendered July 27, 2017, affirmed.
The accusatory instrument was not jurisdictionally defective. Sworn police allegations that defendant was "behind the wheel" of a vehicle, while "the key was in the ignition [and] the engine was running," satisfied the operation element of the offense to which he pleaded guilty (see People v Alamo, 34 NY2d 453, 458-459 [1974]; People v Almanzar, 113 AD3d 527 [2014], lv denied 23 NY3d 1059 [2014]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: November 19, 2018